445 A.2d 208

Commonwealth v. Ashmore, Appellant.

Submitted December 16, 1981. Regina B. Guerin, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.